FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CURTIS B. (deceased),<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 1:23-CV-03091-SAB<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY** |

Before the Court is Counsel's Motion for Substitution of Party, ECF No. 23. The motion was heard without oral argument. No opposition to the motion was timely filed. Plaintiff is represented by D. James Tree. The United States is represented by Franco Becia, James Ki, and Brian Donovan.

Mr. Tree asks the Court to appoint Debra Jean Sutton as the substituted party of Plaintiff, Curtis Bartlett. Mr. Bartlett had a claim pending for Disability Insurance Benefits and Supplemental Security Income under Title II and XVI. While still awaiting his Notice of Award, Mr. Bartlett passed away on August 2, 2024. Good cause exists to grant the motion.

//

//

//

//

**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY ~ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Counsel's Motion for Substitution of Party, ECF No. 23, is **GRANTED**.

2. Debra Jean Sutton is substituted as the real party in interest and Plaintiff in this matter. The Court finds that service under Fed. R. Civ. P. 25 has been met.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **CLOSE** the file.

**DATED** this 7th day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION FOR SUBSTITUTION OF PARTY ~ 2**